# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

155161-2 & (45)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

CONNIE CROSS,
        Plaintiff-Appellee/
        Cross-Appellant,

v

EARL BURHANS, D.O., and WESTSIDE
FAMILY MEDICAL CENTER, PC,
        Defendants-Appellants/
        Cross-Appellees.

SC: 155161-2
COA: 328019; 328598
Kalamazoo CC: 2012-000610-NO

_____/

      On order of the Court, the application for leave to appeal the December 13, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk

p1213